In the Matter of LONG BEACH GAS COMPANY, INC., Appellant, against MILO R. MALTBIE et al., Individually and as Members of the Public Service Commission of the State of New York, et al., Respondents.

Argued January 6, 1943; decided February 25, 1943.

*Stephen Callaghan, Ralph Stout* and *Thomas A. Gaffney* for appellant with respect to payments made to E. L. Phillips & Co.

*Charles G. Blakeslee* and *John J. Donohue* for appellant with respect to item of $33,532.16.

*Gay H. Brown* and *George H. Kenny* for Public Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.